IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-00018-EFB |
| | ) |
| Plaintiff, | ) [~~Proposed~~] ORDER TO VACATE |
| | ) STATUS HEARING AND SET FOR |
| v. | ) TRIAL CONFIRMATION HEARING/JURY |
| | ) TRIAL |
| ROB W. COX, | ) |
| | ) DATE: March 7, 2016 |
| Defendant. | ) TIME: 2:00 p.m. |
| | ) JUDGE: Hon. Edmund F. Brennan |

ORDER

It is hereby ordered that the status hearing presently set for March 7, 2016 at 2:00 p.m. be vacated and that the matter be set for a trial confirmation hearing on May 23, 2016 at 10:00 a.m. and jury trial on June 13, 2016 at 9:30 a.m.  The time from March 7, 2016 to May 23, 2016 shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4.  The Court finds that the ends of justice served by a continuance as requested outweigh the best interest of the public and

////

1 | the defendant in a trial within the original date prescribed by the
2 | Speedy Trial Act.
3 | DATED: March 4, 2016
4 | EDMUND F. BRENNAN
  | UNITED STATES MAGISTRATE JUDGE