HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
HILLARY HERSHENOW
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
ROB W. COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>          v.<br><br>ROB W. COX,<br><br>     Defendant. | Case No. 2:16-cr-0018-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JURY TRIAL<br><br>Date: June 13, 2016<br>Time: 9:30 a.m.<br>Judge: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney R. BENJAMIN NELSON and Chief Assistant Federal Defender LINDA C. ALLISON attorney for ROB COX, that the Court continue the Jury Trial on June 13, 2016 to July 25, 2016 at 9:30 a.m.

   The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to prepare for trial and ensure witness availability.

//
//
//

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through July 25, 2016, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: May 10, 2016               Respectfully submitted,

                                  HEATHER WILLIAMS
                                  Federal Defender

                                  /s/Linda Allison
                                  LINDA ALLISON
                                  Chief Assistant to the Federal Defender
                                  Attorneys for Defendant
                                  ROB W. COX

Dated: May 10, 2016               PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  */s/ Linda C. Harter for*
                                  R. BENJAMIN NELSON
                                  Special Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, May 10, 2016, up to and including July 25, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the June 13, 2016 court trial be continued to July 25, 2016 at 9:30 a.m.

Dated: May 11, 2016.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE