IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROB W. COX,<br><br>            Defendant. | 2:16-CR-00018-EFB<br><br>[Proposed] ORDER TO VACATE JURY TRIAL AND SET FOR CHANGE OF PLEA HEARING<br><br>DATE: July 25, 2016<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

ORDER

It is hereby ordered that the jury trial presently set for July 25, 2016 at 9:30 a.m. be vacated and that the matter be set for a change of plea hearing on July 18, 2016 at 10:00 a.m.  The motion in limine schedule is hereby vacated.

DATED: June 29, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE